SMITH BROS. GRAIN CO. v. MILLER.
(No. 427.)

(Court of Civil Appeals of Texas.   El Paso.
March 25, 1915.)

Appeal from Ward County Court; Burch Carson, Judge.

Suit by John Miller against the Smith Bros. Grain Company and another.  Judgment for the plaintiff, and Smith Bros. Grain Company appeals.  Reversed and dismissed.

J. A. Drane, of Pecos, and Slay & Simon, of Ft. Worth, for appellant.   B. W. Baker, of Barstow, for appellee.

HIGGINS, J. . Miller brought this suit in the county court against H. C. Cantrell, sheriff of Ward county, and Smith Bros. Grain Company, to restrain the enforcement of an execution issued upon a judgment for less than $200 rendered in the justice court.

For the reason indicated in Smith Bros. Grain Co. v. Jenson, 174 S. W. 981, this day decided, the judgment of the court below is reversed, and judgment here rendered that the suit be dismissed.

Reversed and dismissed.